UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY BLOUNT
    15A4813

    -Against-

DETECTIVE WILLIAM PUSKAS, DETECTIVE
MARK MOCCIA, CAPTAIN STEWART A. LIEBER,
LIEUTENANT VALENTIN, LIEUTENANT BHOJ,
P.O JASON KORPOLINSKI, SERGEANT WILSON
QUILES, P.O EDDIE RIOS, SERGEANT O'ROURKE,
DETECTIVE REGNIER, SERGEANT LALIBERTE, P.O
MARTINEZ, DISTRICT ATTORNEY ROBERT T. JOHNSON,
A.D.A SEAN MARYNES, BRONX COUNTY, THE CITY
OF NEW YORK (THE CITY et,al)

COMPLAINT

UNDER THE
Civil Rights Act, 42 U.S.C. §1983
(Prisoner Complaint)

Jury Trial: ✓ Yes    No
        (Check One)

16CV4505

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 15  AM 9: 23

1.   PARTIES IN THIS COMPLAINT:

A.   PLAINTIFF            Name:        KELLY BLOUNT
                          ID #         15A4813
                          Current Institution: Downstate Corr. Facility
                          Address:   Red Schoolhouse Road
                                     Fishkill, New York 12524-0445

B.   Defendant No.1       Name:        Detective William Puskas
                          TAX #:       918184
                          Where Currently Employed: BX. Detective Bureau
                          Address:   1086 Simpson Street
                                     Bronx, New York 10459

     Defendant No.2       Name:        Detective Mark Moccia
                          Shield #     21176
                          Where Currently Employed: 47th Precinct BX.
                          Address:   4111 Loconia Ave
                                     Bronx, New York 10466

     Defendant No.3       Name:        Captain Stewart A. Lieber
                          Shield # Unaware
                          Where Currently Employed: 47th Precinct BX.
                          Address:   4111 Loconia Ave
                                     Bronx, New York 10466

PAGE 1

Defendant No.4          Name:      Lieutenant Valentin(Special ops.Lt)
                        Shield/#Unaware
                        Where Currently Employed: 47th Precinct BX.
                        Address:    4111 Loconia Ave
                                    Bronx, New York 10466

Defendant No.5          Name:      Lieutenant Bhoj(Platoon Cmdr.)
                        Shield # Unaware
                        Where Currently Employed: 47th Precinct BX.
                        Address:    4111 Loconia Ave
                                    Bronx, New York 10466

Defendant No.6          Name:      P.O Jason Korpolinski
                        Tax # 942787
                        Where Currently Employed: 47th Precinct BX.
                        Address:    4111 Loconia Ave
                                    Bronx, New York 10466

Defendant No.7          Name:      Sergeant Wilson Quiles(Anti-Cr-Supv)
                        Shield # Unaware
                        Where Currently Employed: 49th Precinct BX.
                        Address:    2121 Eastchester Road
                                    Bronx, New York 10461

Defendant No.8          Name:      P.o Eddie Rios
                        Shield #27268
                        Tax # 948412
                        Where Currently Employed: 49th Precinct BX.
                        Address:    2121 Eastchester Road
                                    Bronx, New York 10461

Defendant No.9          Name:      Sergeant O'Rourke (P.D.S.)
                        Shield # Unaware
                        Where Currently Employed: 47th Precinct BX.
                        Address:    4111 Loconia Ave
                                    Bronx, New York 10466

Defendant No.10         Name:      Detective Regnier (P.D.S.)
                        Shield # Unaware
                        Where Currently Employed: 47th Precinct BX.
                        Address:    4111 Loconia Ave
                                    Bronx, New York 10466

Defendant No.11         Name: Seregeant Laliberte(Evidence C. Team)
                        Shield # Unaware
                        Where Currently Employed: 1 Police Plaza
                        Address:    1 Police Plaza
                                    New York, N.Y  10038

| | |
|---|---|
| Defendant No.12 | Name: P.O martinez(Evidence collection Team)<br>Shield: Unaware<br>Where Currently Employed: 1 Police Plaza<br>Address:  1 Police Plaza<br>           New York,N.Y 10038 |
| Defendant No.13 | Name: District Attorney Rober T.Johnson(D.A)<br>Where Currently Employed: Bronx Supreme Court<br>Address:  265 East 161 Street<br>           Bronx,New YOrk 10451 |
| Defendant No.14 | Name: A.D.A Sean Marynes (A.D.A)<br>Where Currently Employed:Bronx Supreme Court<br>Address:  265 East 161 Street<br>           Bronx, New York 10451 |
| Defendant No.15 | Name: Bronx Coiunty 47th Precinct<br>Address:       4111 Loconia Ave<br>               Bronx, New York 10466 |
| Defendant No.16 | Name: The City Of New York |

2. STATEMENT OF CLAIM:

A.     The event occured on August 08,2012, When The Complainant was Falsely Imprisoned. I Complainant was arrested in his house at approximately 6:00am in the morning.

B.     The complainant went before a Grand Jury on August 14,2012,at approximately 6:00pm that same evening. The Complainant went home.

C.     Before the Complainant went home he was in fact held at V.C.B.C Correctional Facility in the Bronx, for six(6) days before his release from the courts.

D.     FACTS:

PAGE 3

FACTS:

On **AUGUST 08,2012,** at approximately **6:00am,** there were several plain clothes Detectives Banging and Knoacking on the Complainants windows and doors. When Complainant opened his house door, Complainant was then knocked down to the floor with excessive force by **DETECTIVE WILLIAM PUSKAS TAX#918184** and **MARK MOCCIA SHIELD#21176**. The complainant screamed out loud saying, **WHAT THE FUCK,"WHAT AM I BEING ARRESTED FOR"**. Both detectives stated for a robbery that was committed the night of **JULY 31, 2012**. By arresting the complainant these defendants violated his Constitutional Rights under the 8th and 14th Amendment.

The fact that **LIEUTENANT BHOJ, LIEUTENANT VALENTIN, SERGEANT GEE, SERGEANT O'ROURKE, CAPTAIN STEWART A.LIEBER** and **DETECTIVE MARK MOCCIA** knew that they had in custody the **"ONE MAN"**, who committed the crime, Violates Complainants 14th Amendment Constitutional Right.

Although, the Police Officers, D.A and A.D.A **DISTRICT ATTORNEY SEAN MARYNES**, knew that the complainant had nothing to do with the crime the prosecution had authorities place the complainant in a LINE- UP knowing that the complainant had nothing to do with this offense. **FALSELY ARRESTING THE COMPLAINANT, VIOLATING HIS CONSTITUTIONAL RIGHT UNDER THE 14th AMENDMENT.**

Several days later, the Complainant then testified before the Grand Jury on **AUGUST 14,2012,** AT approximately **6:00pm,** that same evening, the Complainant went home after testifying before the Grand Jury. The Prosecution still did not give up. **A.D.A SEAN MARYNES** still continued to **MALICIOUSLY PROSECUTE** the Complainant, Violating the Complainants 14th Amendment.

Complainants attorney **DAVID W.BARNHARD** had received **EXCULPATORY STATEMENTS** and **LETTERS** from alleged Co-Defendant, saying that complainant had **NOTHING TO DO WITH THIS OFFENSE. DAVID BARNHARD** then stepped down from representing the Complainant because Mr. **BARNHARD** said to **JUDGE LIEB(Part73)**, that "I MR. BARNHARD HAVE RECEIVED LETTERS AND VOICE MAILS FROM ALLEGED CO-DEFENDANT, SAYING THAT HIS CLIENT KELLY BLOUNT

HAD ABSOLUTELY NOTHING TO DO WITH THIS OFFENSE THAT OCCURED THE NIGHT OF JULY 31,2012, and in fact the co-defendant acted alone. Because of this, I Mr. BARNHARD might have to be a POTENTIAL WITNESS in the future for my Client KELLY BLOUNT.

  FINALLY, after 1,072 days of fighting to prove my innocense, this case was in fact DISMISSED on AUGUST 07,2015,in Part(86) JUDGE TORRES courtroom in the Bronx, [SEE EXHIBIT 1].

3. INJURIES:

<u>STATEMENTS OF FACTUAL ALLEGATIONS TO SUPPORT CLAIM UNDER 4th,6th,8th,and 14th FEDERAL CONSTITUTIONAL JURISPRUDENCE & ARTICLE 1 SECTION NYSC</u>

1. Plaintiff kelly blount states he was forcibly taken and seized without just or probable cause for an alleged robbery that had occured on July 31,2012,at gun hill road in the Bronx.
2. Plaintiff kelly blount claims after being taken from his residence and taken to the Detective Bureau, NO INTERROGATION WAS CONDUCTED.
3. Plaintiff Kelly Blount claims detectives excessively throw him to the floor knocking him out causing instant pain and suffering,mental anguish,emotional distress and all a direct result of the intentional infliction of the physical and emotional distress.
4. Plaintiff Kelly Blount states teenage nephews and neice witnessed complainants arrest and was subjected to the violence.

4. RELIEF:

  State what you want the court to do for you(incuding the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

  Plaintiff wants to institute Civil litigation asking for damages in the amount of $14,000,000.00(FOURTEEN MILLION DOLLARS),and any other relief the court may deem just and proper.

5. PREVIOUS LAWSUITS:    have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   YES     NO

I DECLARE UNDER PENALTY OF PREJURY THAT THE FOREGOING IS TRUE AND CORRECT SIGNED THIS *16*th day of JUNE ,2016.

PLAINTIFF SIGNATURE: *Kelly Blount*
INMATE NUMBER: *15A4813*
INSTITUTION ADDRESS: DOWNSTATE CORRECTIONAL FACILITY
RED SCHOOLHOUSE ROAD BOX F
FISHKILL, NEW YORK 12524-0445

I DECLARE UNDER PENALTY OF PREJURY ON THIS *16*tH day of JUNE ,2016, I AM DELIVERING THIS COMPLAINT TO PRISON AUTHORITIES TO BE MAILED TO THE PRO SE OFFICE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

SIGNATURE OF PLAINTIFF: *Kelly Blount*

PAGE 6

EXHIBIT 1    Case 1:16-cv-04505-UA    Document 1    Filed 06/15/16    Page 7 of 8

```
AH01                           CRIMS APPEARANCE MENU              05/02/2016
COUNTY: BRONX                   APPEARANCE HISTORY                    7105
GENERATE A DEFENDANT HISTORY (Y/N)?  N          DOCKET #:
  NAME: BLOUNT,KELLY T                          CASE #: 02726-2012
        CCN: 65606113 R     NYSID #: [redacted]  ARREST #: B12659296
        DOB: 11/27/1983  DEF STATUS: VFO         ARREST DATE: 08/08/2012
IN CARE OF:                              STANDARD & GOAL AGE: 0001072
     STREET: 661 MAGENTA STRE      APT/FLR:            MOTION(S) EXIST
       CITY: BRONX                  STATE: NY    ZIP:
       RACE: B   SEX: M                               FINISHED 08/10/2015
------------------------------------------------------------------------------
08/07/2015 (SEN)   86        JDG:TORRES,R     RPTR:OLIVER,   SEN  DISM

08/05/2015 (SEN)   86        JDG:TORRES,R     RPTR:OLIVER,   SEN  ADJ,DR
    TOP    RE

07/31/2015 (TRA)   86        JDG:TORRES,R     RPTR:ARCHIE,   NT   ADJ,DNPRO
    TOP    RE


APPEARANCE OPTION:    1) ALL, 2) FINAL DISP,        PF11 TO VIEW  PF9 TO VIEW
3) APPELLATE, 4) KEY - ARRAIGN, DISP, SENT, RESENT       MOTIONS    CHARGES
COMMAND:        MESSAGE: SEALED 160.50 - NO PUBLIC RECORD
```

**EXHIBIT 1**

Kelly Blount 15A4813
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, New York 12524-0445

ATT: LEGAL MAIL

USMP3
SDNY

TO: Pro Se Intake Unit
Clerk
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

2016 JUN 15 AM 9:23
SDNY PRO SE OFFICE
RECEIVED




